**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Ike Francis,

    Plaintiff,　　　　　　　　　　　　　　Case No.: 1:11-cv-24070-RNS

v.

Jonathon Silva, et. al.

    Defendants.

_____

**NOTICE OF APPEARANCE**

    Notice is hereby given that Cassandra Capobianco, Christopher Jones, and Peter Sleasman of Florida Institutional Legal Services hereby file their appearances as co-counsel for Plaintiff.

                                      Respectfully submitted,

                                      *s/Cassandra Capobianco*
                                      Cassandra Capobianco, Esq.
                                      Florida Bar No. 614734

                                      **Cassandra J. Capobianco**
                                      Fla. Bar No. 614734
                                      **Christopher Jones**
                                      Fla. Bar. No. 994642
                                      **Peter Sleasman**
                                      Fla. Bar No. 367931
                                      Florida Institutional Legal Services
                                      14260 W. Newberry Rd - #412
                                      Newberry, Florida 32669
                                      352-375-2494
                                      Fax 352-331-5202
                                      ccapobianco@filsinc.org

                                      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have filed this document through the ECF system, which will send it electronically to all counsel of record on January 31, 2012.

*s/Cassandra Capobianco*
Cassandra Capobianco, Esq.
Florida Bar No. 614734
